PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Raymond Garcia                                             Cr.: 99-00285-07

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr. USDJ

Date of Original Sentence: 10/23/00

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 100 months imprisonment, 5 years supervised release; $1,000 fine; $100 special assessment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/13/07

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

## CAUSE

On July 25, 2007, the offender was arrested for Receipt of Stolen Property. On December 5, 2007, at the Paterson Municipal Court, he pled guilty to that charge and was fined $530.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 12/19/07

PROB 12B - Page 2
Raymond Garcia

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1-2-08
_____
Date